AO 106 (Rev. 04/10) Application for a Search Warrant



FILED ENTERED
LODGED RECEIVED
JUL 10 2014
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____

# UNITED STATES DISTRICT COURT
for the
District of Maryland

LMF/bv

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 14-1392 TMD
5506 IRISH LORD PLACE )
WALDORF, MARYLAND 20603 )
 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
5506 IRISH LORD PLACE, WALDORF, MARYLAND 20603, and as further described in ATTACHMENT A.

located in the _____ District of ___Maryland___ , there is now concealed *(identify the person or describe the property to be seized)*:
See ATTACHMENT B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18: 2252A(a)(1), (a)(5)(B) | transportation and possession of child pornography |

The application is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Patricia J. Teakle, SA, Federal Bureau of Investigation
Printed name and title

Sworn to before me and signed in my presence.

Date: 06/16/2014

_____
Judge's signature

City and state: Greenbelt, Maryland    Thomas M. DiGirolamo, United States Magistrate Judge
Printed name and title